TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4806
timothy.bolin@ssa.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JASON GOMEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>                    Defendant. | Case No.  5:25-cv-02513-BFM<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405g AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY ORDERED that this matter be remanded for further proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will direct the administrative law judge to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of his claim and an opportunity for a hearing.

The Clerk of the Court will enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED: ___03/05/2026___          _____

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2