JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JASON GOMEZ,                                    ) Case No: 5:25-cv-02513-BFM
      Plaintiff,                              )
                                                ) **JUDGMENT**
      vs.                                     )
                                                )
FRANK BISIGNANO,                                )
Commissioner of Social Security,                )
                                                )
      Defendant.                              )
_____         )

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   03/05/2026           _____
                             HON. BRIANNA FULLER MIRCHEFF
                             UNITED STATES MAGISTRATE JUDGE